**Order entered May 16, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00541-CR

**SANTANA GAONA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1161227-V**

## ORDER

We **GRANT** the State's May 14, 2016 motion for extension of time to file its brief.  The

State's brief received by the Court is **ORDERED** timely filed as of the date of this order.


/s/     MOLLY FRANCIS
         PRESIDING JUSTICE